SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN MARTIN

    Plaintiff,

    v.

DAVID V. CRESSON, AS TRUSTEE OF THE DAVID V. CRESSON TRUST AGREEMENT; DAVID V. CRESSON, Individually and dba ZABALLA HOUSE; and DOES 1-25, Inclusive,

    Defendants.
    _____/

CASE NO. C 08-03276 EMC
Civil Rights

    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

Date: 7/8/08

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By    /s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for
    Carolyn Martin

Certificate Of Interested Parties