SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN<br><br>     Plaintiff,<br><br>     v.<br><br>DAVID V. CRESSON, AS TRUSTEE OF THE DAVID V. CRESSON TRUST AGREEMENT; DAVID V. CRESSON, Individually and dba ZABALLA HOUSE; and DOES 1-25, Inclusive,<br><br>     Defendants.<br>_____/ | CASE NO. C 08-03276 EMC<br><u>Civil Rights</u><br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. 636 (c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appealsfor the Ninth Circuit.

Date: 7/8/08                                    SIDNEY J. COHEN
                                                PROFESSIONAL CORPORATION


                                                          /s/ Sidney J. Cohen
                                        By _____

                                                Sidney J. Cohen
                                                Attorney for Plaintiff