```
KELLY L. LYNCH, ESQ., (CSB #176204)
LAW OFFICES OF THOMAS O'HAGAN
1999 Harrison Street, Suite 2070
Oakland, CA 94612
Telephone: (510) 587-1600

Attorneys for Defendants
DAVID V. CRESSON, AS TRUSTEE OF THE DAVID V. CRESSON
TRUST AGREEMENT, and DAVID V. CRESSON, individually
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT FOR CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID V. CRESSON, AS TRUSTEE OF THE DAVID V. CRESSON TRUST AGREEMENT; DAVID V. CRESSON, Individually and dba ZABALLA HOUSE and Does 1 through 25, inclusive,<br><br>    Defendants. | Case No. C08-03276<br><br>**ANSWER TO COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF AND DAMAGES; DENIAL OF CIVIL RIGHTS AND ACCESS TO PUBLIC FACILITIES TO PHYSICALLY DISABLED PERSONS**<br><br>**DEMAND FOR JURY TRIAL** |

Defendants, DAVID V. CRESSON, AS TRUSTEE OF THE DAVID V. CRESSON TRUST AGREEMENT; DAVID V. CRESSON, Individually, answer the complaint as follows:

1

**Defendants ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMGES**

# FIRST CAUSE OF ACTION: DAMAGES AND INJUNCTIVE RELIEF FOR DENIAL OF FULL AND EQUAL ACCESS TO A PUBLIC ACCOMMODATION

1. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

2. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

3. Defendants admit the allegations of jurisdiction and venue.

4. Defendants admit the allegations of jurisdiction and venue.

5. Defendants admit the allegations of jurisdiction and venue.

6. Defendants admit the allegations of this paragraph with regards to the ownership of the commercial retail building and deny the rest of the allegations based on lack of information and knowledge of the matters alleged.

7. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

8. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

9. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

10. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

11. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

[No 12-14].

15. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

16. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

Defendants ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMGES

17. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

18. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

19. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

20. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

21. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

**SECOND CAUSE OF ACTION: VIOLATION OF THE A.D.A.**

These defendants replead and incorporate by reference as if fully set forth herein again, all admissions and denials contained in all prior paragraphs of this answer.

22. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

23. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

24. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

25. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

26. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

27. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

28. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

29. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

30. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

31. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

## PRAYER

Defendants deny plaintiff is entitled to said damages, that plaintiff has been damaged, and that plaintiff is entitled to the relief requested.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The complaint, and each cause of action thereof, fails to state facts sufficient to constitute a cause of action, claim for relief, or damages against these answering defendants.

### SECOND AFFIRMATIVE DEFENSE

At the time of the incidents alleged in plaintiff's complaint, plaintiff failed to exercise reasonable or ordinary care for her own safety such that the injuries and damages allegedly sustained by plaintiff were proximately caused or contributed to by her own negligence. Plaintiff could have avoided the injury by the exercise of ordinary care.

### THIRD AFFIRMATIVE DEFENSE

Should plaintiff recover damages from these answering defendants, these answering defendants are entitled to indemnification, either in whole or in part, from all persons or entities whose negligence and/or fault proximately contributed to plaintiff's damages, if any there are.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed and neglected to use reasonable care to minimize and mitigate the losses, injuries and damages complained of, if any there are.

29. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

30. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

31. These defendants deny this paragraph based upon their lack of information and knowledge on the matters alleged.

## PRAYER

Defendants deny plaintiff is entitled to said damages, that plaintiff has been damaged, and that plaintiff is entitled to the relief requested.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The complaint, and each cause of action thereof, fails to state facts sufficient to constitute a cause of action, claim for relief, or damages against these answering defendants.

### SECOND AFFIRMATIVE DEFENSE

At the time of the incidents alleged in plaintiff's complaint, plaintiff failed to exercise reasonable or ordinary care for her own safety such that the injuries and damages allegedly sustained by plaintiff were proximately caused or contributed to by her own negligence. Plaintiff could have avoided the injury by the exercise of ordinary care.

### THIRD AFFIRMATIVE DEFENSE

Should plaintiff recover damages from these answering defendants, these answering defendants are entitled to indemnification, either in whole or in part, from all persons or entities whose negligence and/or fault proximately contributed to plaintiff's damages, if any there are.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed and neglected to use reasonable care to minimize and mitigate the losses, injuries and damages complained of, if any there are.

**Defendants ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMGES**

## FIFTH AFFIRMATIVE DEFENSE

The complaint, and each cause of action thereof, is barred by virtue of plaintiff's conduct in causing the damages alleged by plaintiff under the Doctrine of Unclean Hands.

## SIXTH AFFIRMATIVE DEFENSE

The plaintiffs' claims were barred, in whole or in part, because at all relevant times, plaintiffs were not disabled within the meaning of any and all applicable statutes, regulations, or common law upon which they base their claim.

## SEVENTH AFFIRMATIVE DEFENSE

The events, injuries, losses and damages complained of in plaintiff's complaint, if any there were, were the result of an unavoidable accident insofar as these answering defendants are concerned, and occurred without any negligence, want of care, fault, or other breach of duty complained of on the part of these answering defendants.

## EIGHTH AFFIRMATIVE DEFENSE

As the time and place referred to and described in plaintiff's complaint, plaintiff voluntarily and knowingly participated in conduct, which said conduct constituted a legal consent.

## NINTH AFFIRMATIVE DEFENSE

Defendants acted as a reasonable entity in preventing injuries to plaintiff herein, and that defendants' actions were reasonable and prudent under the circumstances that existed at the time and place of the incident and injuries referred to in plaintiff's complaint, if any there were.

## TENTH AFFIRMATIVE DEFENSE

Third persons, including persons or entities unknown to these answering defendants, intentionally, and/or negligently caused the injuries alleged in plaintiff's complaint; that said acts

of these unknown third persons were active, primary, and the proximate cause of the injuries and damages complained of, if any there were any. Plaintiff's recovery against these answering defendants, if any, should be reduced by an amount proportionate to the amount by which such other person or entity's negligence and fault contributed to the happening of the alleged damages.

### ELEVENTH AFFIRMATIVE DEFENSE

Defendants' liability, if any at all, is eliminated by superseding and intervening causes which legally caused plaintiff's injuries, if any there were.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims against defendant are barred, in whole or in part, by the equitable doctrine of estoppel.

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendants presently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, defenses available. Defendants reserve herein the right to assert additional defenses in the event discovery indicated that they would be appropriate.

WHEREFORE, defendants pray judgment, as follows:

1. That plaintiff take nothing against defendants by reason of the complaint;

2. For defendants' attorney fees and costs and expenses of suit incurred herein;

3. Alternatively, if defendants are found liable to plaintiff, for an apportionment of plaintiff's damages, if any in proportion to the share of fault attributable to plaintiff and/or third parties; and

4. For such other further relief as the court may deem just and proper.

### DEMAND FOR JURY TRIAL

6

**Defendants ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMGES**

1 | Defendants DAVID V. CRESSON, AS TRUSTEE OF THE DAVID V. CRESSON
2 | TRUST AGREEMENT; DAVID V. CRESSON, Individually, demands a trial by jury.

Dated: 8/27/08

BY _____
KELLY L. LYNCH
Attorney for Defendants DAVID V. CRESSON,
AS TRUSTEE OF THE DAVID V. CRESSON
TRUST AGREEMENT; DAVID V. CRESSON,
Individually