SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID V. CRESSON, AS TRUSTEE OF THE DAVID V. CRESSON TRUST AGREEMENT; DAVID V. CRESSON, Individually and dba ZABALLA HOUSE; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 08-03276 EMC<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE INJUNCTIVE RELIEF ASPECT OF THE LAWSUIT ONLY**<br><br>FRCP 41(a)(1)(ii) |

Stipulation And Order For Dismissal Of The Injunctive
Relief Aspect Of The Lawsuit Only

1     Plaintiff and defendants, by and through their attorneys of record, file this
2 "Stipulation and Order For Dismissal Of The Injunctive Relief Aspect Of The
3 Lawsuit Only" pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

4     Plaintiff filed this lawsuit on July 8, 2008. Plaintiff and defendants have
5 entered into a "Mutual Release And Settlement Agreement For Injunctive Relief
6 Only" which settles the injunctive relief aspect of the lawsuit. The "Mutual Release
7 And Settlement Agreement For Injunctive Relief Only" is incorporated by reference
8 herein as if set forth in full. Paragraph IID of the "Mutual Release And Settlement
9 Agreement For Injunctive Relief Only" states in part that "The Court shall retain
10 jurisdiction to enforce the terms of this Settlement Agreement....."

11     Plaintiff moves to dismiss with prejudice the injunctive relief aspect of the
12 lawsuit against defendants. Defendants, who have answered the complaint, agree to
13 the dismissal of the injunctive relief aspect of the lawsuit with prejudice.

14     This case is not a class action, and no receiver has been appointed.

15     The damages and attorney's fees, litigation expenses, and costs aspects of the
16 lawsuit have not been settled and are the subject of continuing litigation.

17     This Stipulation and Order may be signed in counterparts, and facsimile
18 signatures shall be as valid and binding as original signatures.

19     Wherefore, Plaintiff and Defendants, by their attorneys of record, so stipulate.

20 Date: 3/4/09                      SIDNEY J. COHEN
                                  PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff

Date: 3/4/09                      LAW OFFICE OF THOMAS O'HAGAN

/s/ Harvey L. Goldhammer

Harvey L. Goldhammer
Attorney for All Defendants

Stipulation And Order For Dismissal Of The Injunctive
Relief Aspect Of The Lawsuit Only                          -1-

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

The injunctive relief aspect of the lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement For Injunctive Relief Only." The damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit is the subject of continuing litigation.

Date: March 20, 2009

_____
Edward M. Chen
United States Magistrate



Stipulation And Order For Dismissal Of The Injunctive
Relief Aspect Of The Lawsuit Only                    -2-