SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID V. CRESSON, AS TRUSTEE OF THE DAVID V. CRESSON TRUST AGREEMENT; DAVID V. CRESSON, Individually and dba ZABALLA HOUSE; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 08-03276 EMC<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE DAMAGES AND ATTORNEY'S FEES, LITIGATION EXPENSES, AND COSTS ASPECTS OF THE LAWSUIT**<br><br>FRCP 41(a)(1)(ii) |

Stipulation And Order For Dismissal Of The Damages
And Attorney's Fees, Litigation Expenses, And Costs
Aspects Of The Lawsuit

1. Plaintiff and defendants, by and through their attorneys of record, file this "Stipulation And Order For Dismissal Of The Damages And Attorney's Fees, Litigation Expenses, And Costs Aspects Of The Lawsuit" pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

2. Plaintiff filed this lawsuit on July 8, 2008.

3. Plaintiff and defendants have entered into a "Mutual Release And Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses, And Costs" which settles the damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit. The "Mutual Release And Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses, And Costs" is incorporated by reference herein as if set forth in full. Paragraph IIC of the "Mutual Release And Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses, And Costs" states in part that "The Court shall retain jurisdiction to enforce the terms of this Settlement Agreement....."

4. Plaintiff moves to dismiss with prejudice the damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit against defendants. Defendants, who have answered the complaint, agree to the dismissal of the damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit with prejudice.

5. This case is not a class action, and no receiver has been appointed.

6. This Stipulation and Order may be signed in counterparts, and facsimile signatures shall be as valid and binding as original signatures.

Wherefore, Plaintiff and Defendants, by their attorneys of record, so stipulate.

Date: 3/17/09

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff

Stipulation And Order For Dismissal Of The Damages
And Attorney's Fees, Litigation Expenses, And Costs
Aspects Of The Lawsuit                          -1-

| | | |
|---|---|---|
| 1 | Date: 3/16/09 | LAW OFFICE OF THOMAS O'HAGAN |
| 2 | | /s/ Harvey L. Goldhammer |
| 3 | | |
| 4 | | Harvey L. Goldhammer<br>Attorney for All Defendants |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

The damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit against defendants are dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses, And Costs."

Date: March 20, 2009

Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation And Order For Dismissal Of The Damages
And Attorney's Fees, Litigation Expenses, And Costs
Aspects Of The Lawsuit                    -2-